**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7413**

_____

WILLIAM DEATON,

Plaintiff – Appellant,

v.

OFFICER JOHN DOE, a/k/a Officer Thomas; LT JOHN DOE, a/k/a
Lt Clauson; LT JOHN DOE, a/k/a Lt Vetter; SGT JOHN DOE;
JANE DOE, Nurse; JANE DOE, Nurse; SGT JANE DOE; SGT JANE
DOE; OFFICER JOHN DOE; OFFICER JOHN DOE; OFFICER JOHN DOE;
JOHN DOE, Nurse; LEXINGTON COUNTY DETENTION CENTER; LCDC
MEDICAL PROVIDER; JOHN DOE, Maintenance Supervisor, sued in
their individual and official capacities,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., Senior
District Judge.  (2:15-cv-00276-GRA-MGB)

_____

Submitted:  January 19, 2016          Decided:  January 29, 2016

_____

Before NIEMEYER, GREGORY, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Deaton, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Deaton appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to comply with a court order, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Deaton v. Officer John Doe, No. 2:15-cv-00276-GRA-MGB (D.S.C. June 24 & Aug. 4, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED